# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

          **Plaintiff,**        Filed Under Seal

    v.                      CASE NO. 6:26-cr-10006-JWB

**ELLIOTT M. KYLES,**

          **Defendant.**

# SEALED INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**POSSESSION OF A FIREARM
BY A CONVICTED FELON
[18 U.S.C. § 922(g)(1)]**

On or about November 30, 2023, in the District of Kansas, the defendant,

**ELLIOTT M. KYLES,**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year (a felony), did knowingly and unlawfully possess, in and affecting commerce, a firearm, namely a Landor Arms, model BPX902, 12 gauge shotgun, said firearm having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 2

**POSSESSION WITH INTENT TO
DISTRIBUTE METHAMPHETAMINE
[21 U.S.C. §§ 841(a)(1)]**

On or about November 30, 2023, in the District of Kansas, the defendant,

**ELLIOTT M. KYLES,**

knowingly and intentionally possessed with intent to distribute 50 grams and more of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

## COUNT 3

**POSSESSION OF A FIREARM
IN FURTHERANCE OF A DRUG TRAFFICKING CRIME
[18 U.S.C. § 924(c)(1)(A)]**

On or about November 30, 2023, in the District of Kansas, the defendant,

**ELLIOTT M. KYLES,**

did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance, to wit: methamphetamine as charged in Count 2 herein.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i) and 2.

## FORFEITURE NOTICE

1.      The allegations contained in Counts 1 through 3 this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to

Title 21, United States Code, Section 853 and Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c).

### Controlled Substances Forfeiture

2. Upon conviction of the offense set forth in Count 2 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense, including but not limited to:

    A. A Landor Arms, model BPX902, 12 gauge shotgun, bearing serial number BPX03208, with the importer listed as Canyon Arms; and

    B. Ammunition.

### Firearms and Ammunition Forfeiture

3. Upon conviction of one or more of the offenses set forth in Counts 1 through 3 of this Indictment, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offenses, including, but not limited to:

    A. A Landor Arms, model BPX902, 12 gauge shotgun, bearing serial number BPX03208, with the importer listed as Canyon Arms; and

    B. Ammunition.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853.

A TRUE BILL.

January 28, 2026           s/Foreperson
DATE                                        FOREPERSON OF THE GRAND JURY

RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: /s/ *Oladotun O. Odeyemi*
OLADOTUN O. ODEYEMI
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: ola.odeyemi@usdoj.gov
Ks. S. Ct. No. 29178

> IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

4

## **PENALTIES**

**Count 1:    922(g)(1) –**
**[Possession of a Firearm by a Convicted Felon]**

- Punishable by a term of imprisonment of not more than fifteen (15) years.  18 U.S.C. § 924(a)(8).
- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).
- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).
- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).
- Forfeiture.

**Count: 2    [21 U.S.C. §§ 841(a)(1) and (b)(1)(A)]**
**[Possession with intent to Distribute Methamphetamine]**

- Punishable by a term of imprisonment of not less than ten (10) years and no more than life.  21 U.S.C. § 841(b)(1)(A).
- A term of supervised release of at least five (5) years.  21 U.S.C. § 841(b)(1)(A).
- A fine not to exceed $10,000,000.00 million.  21 U.S.C. § 841(b)(1)(A).
- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).
- Forfeiture.

If the defendant commits such a violation after a prior conviction for a serious drug felony or serious violent felony has become final, the penalties are:

- A term of imprisonment of not less than fifteen (15) years and no more than life.  21 U.S.C. § 841(b)(1)(A).
- A term of supervised release of at least ten (10) years.  21 U.S.C. § 841(b)(1)(A).
- A fine not to exceed $20,000,000.00 million.  21 U.S.C. § 841(b)(1)(A).
- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).
- Forfeiture.

**Count 3:** **18 U.S.C. § 924(c) –**
**[Possession of a Firearm in Furtherance of a Drug Trafficking Crime]**

- Punishable by a term of imprisonment of not less than five (5) years and no more than life. 18 U.S.C. § 924(c)(1)(A)(i). This term of imprisonment runs consecutive to any other term of imprisonment imposed on the defendant. 18 U.S.C. § 924(c)(1)(D)(ii). If the defendant has a prior conviction for a violation of § 924(c)(1)(A), the instant offense is punishable by a term of imprisonment of not less than twenty-five (25) years and not more than life. 18 U.S.C. § 924(c)(1)(C)(i).
- A term of supervised release of not more than five (5) years. 18 U.S.C. § 3583(b)(1).
- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- Forfeiture.