**SEALED**

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| | |
|---|---|
| United States of America )<br>v. )<br>ELLIOTT M. KYLES, )<br>_Defendant_ ) | Case No. 6:26-cr-10006-JWB |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   ELLIOTT M. KYLES,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession of a firearm by a convicted felon.  See attached indictment for additional charges.

Date: 1/28/2026

City and state:   Wichita, Kansas

s/ M. McGivern
_Issuing officer's signature_

Skyler B. O'Hara, Clerk of Court
_Printed name and title_

### Return

This warrant was received on _(date)_ 01/28/2026, and the person was arrested on _(date)_ 02/09/2026
at _(city and state)_   Wichita, KS.

Date: 02/09/2026

_Alexander C. Simon_
_Arresting officer's signature_

Alexander C. Simon, DUSM
_Printed name and title_

**RECEIVED**
By US Marshals at 10:18 am, Jan 29, 2026