Case 6:26-cr-10006-JWB   Document 10   Filed 02/18/26   Page 1 of 1

FILED
U.S. District Court
District of Kansas

2/18/2026

Clerk, U.S. District Court
By____mv____Deputy Clerk

**COURTROOM MINUTE SHEET - CRIMINAL HEARINGS**
**U.S. DISTRICT COURT - WICHITA, KANSAS**

Date: 2/18/26

United States of America,

    Plaintiff,

v.

Elliott M. Kyles,

    Defendant.

Case No. 26-10006-01-JWB

JUDGE: ☐ Birzer  ☒ Severson
DEPUTY CLERK: ☐ Anderson  ☒ Vaughn
INTERPRETER: ☐ Vargas  ☐ Badillo  ☐ Wriedt
☐ Ping  ☐ Rivera  ☐ Vilaythong
☐ Sworn

AUSA: Ola Odeyemi
DEFENSE COUNSEL: Ellen Albritton
TAPE NO.: 2:34 - 3:17

## PROCEEDINGS

☐ Initial Appearance         ☒ Detention Hearing          ☐ Bond Rev. Hrg
☐ Initial Rule 5(c)(3)       ☐ Preliminary Hearing        ☐ Pretrial Conference
☐ Sentencing                 ☐ Change of Plea
☐ In-Court Hearing: _____
☐ Arraignment   ☐ Reading waived   ☐ Read to Defendant   ☐ Not Guilty Plea Entered

☐ Complaint  ☒ Indictment  ☐ Information  ☐ Pet. Revoke Supervision  ☒ No. Counts: 3  ☒ Forfeiture
☒ Felony          ☐ Misdemeanor
☐ Charges/Viols. and penalties explained to Defendant
☐ Constitutional rights explained
☐ Defendant affirmation/sworn    ☐ Examined re: financial status    ☐ Counsel appointed
☐ Due Process Protections Act advisement given
☐ Defendant given Consular Notification
☐ Advised of rights under Rule   ☐ 20   ☐ 5(c)(3)   ☐ Transfer to: _____
☐ Signed Wvr Ind   ☐ Signed Consent to MJ   ☐ Petition to Plea filed   ☐ Plea Agmt filed   ☐ PSI ordered

☐ Oral Motion by ☐ Government / ☐ Defendant for detention hearing; ☐ granted. ☐ denied.
☐ Oral Motion by ☐ Government / ☐ Defendant for continuance of detention hearing; ☐ granted. ☐ denied.
☐ Defendant remanded to USM custody. Detention ordered until detention hearing.
☒ Oral Motion by Government for pretrial detention is  ☒ granted. ☐ denied. ☐ withdrawn.
☐ The Government adopted the recommendations of Pretrial Services for release on conditions.
☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☐ Defendant waived the right to an identity hearing. Court accepted waiver and found Defendant to be person named.
☐ Defendant waived the right to a detention hearing in the District of KS. Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

☐ Release ordered           ☐ Bond fixed at: $ _____      ☐ Continued on present bond/conditions
☒ Detention ordered         ☒ Remanded to custody

Defendant's next appearance:  ☐ as directed before Judge _____
    ☐ per the Scheduling Order of Judge _____
    ☐ on _____ at _____ ☐ a.m. ☐ p.m. before Judge _____
    for ☐ detention hearing ☐ arraignment ☐ prelim hearing ☐ _____

NOTES: _____